NOSDALL, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by the Rector, etc., of St. Andrew's Church in the Village of Walden, Orange County, N. Y., against Caroline Van Nosdall.

PER CURIAM. We think that a compulsory reference in this case is not only not authorized (Code Civ. Proc. § 1013), but is expressly forbidden (Id. section 968). The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with costs.

---

REED, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Nora Reed against the Metropolitan Life Insurance Company.

PER CURIAM. Judgment and order affirmed, with costs.

CHESTER, J., dissents.

---

REIDER, Respondent, v. MICHIGAN CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Joseph Reider, as administrator, etc., against the Michigan Central Railroad Company.

PER CURIAM. Order affirmed, with costs.

McLENNAN, P. J., concurs, upon the ground that the order appealed from is a discretionary order.

SPRING and WILLIAMS, JJ., dissent, upon the ground that, as matter of law, plaintiff's intestate was guilty of contributory negligence.

---

RENWICK v. RENWICK. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Eleanor Renwick against Harold S. Renwick. No opinion. Motion granted, unless appellant be ready for January term. Order filed. See, also, 63 Misc. Rep. 596, 117 N. Y. Supp. 217.

---

RERIS v. HAINES. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Guiseppe Reris, as administratrix, against Samuel B. Haines. No opinion. Motion denied. Order filed. See, also, 119 N. Y. Supp. 119.

---

RICE et al., Respondents, v. RICE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by George A. Rice and others, as executors, etc., of Harriet A. Rice, deceased, against Horace P. Rice and another. No opinion. Judgment affirmed, with costs.

---

RICE, Respondent, v. WITTNER–JAFFER REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Doris C. Rice, an infant, against the Wittner-Jaffer Realty Company. T. H. Lord, for appellant. W. L. O'Brion, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

RICH, Appellant, v. NORTH RIVER INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Harry Rich against the North River Insurance Company. A. B. Nathan, for appellant. L. Levy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

RICH, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Frank Rich against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 128 App. Div. 909, 112 N. Y. Supp. 1144.

WILLIAMS and KRUSE, JJ., dissent.

---

RICH v. WESTCHESTER FIRE INS. CO. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Harry Rich against the Westchester Fire Insurance Company. No opinon. Motion denied. Settle order on notice.

---

RICH, Respondent, v. WESTCHESTER FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Harry Rich against the Westchester Fire Insurance Company. L. Levy, for appellant. A. B. Nathan, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE and SCOTT, JJ., dissent.

---

In re RIDDELL. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) In the matter of the application of M. H. Riddell to lay out a highway in the town of Milford, Otsego County, N. Y., and assessment of damages therefor. No opinion. Order (116 N. Y. Supp. 261) of the County Court affirmed, with costs.

---

ROBERTS, Appellant, v. FEILER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Ellis Roberts against Mark S. Feiler and another, as executors, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

ROBINSON v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Anne Robinson, as administratrix, against the Consolidated Gas Company. No opinion. Mo-